# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**MYRON ANDERSON, JR.**                                                   **PLAINTIFF**

VS.                                5:18-CV-00151-BRW

**FRANK SPAIN,** *ET AL.*                                         **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED.

Dismissal of this case constitute a "strike" within the meaning of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g).[1]

I certify that an *in forma pauperis* appeal of this dismissal would be frivolous and would not be taken in good faith.

IT IS SO ORDERED this 11th day of June, 2018.

                                                           /s/ Billy Roy Wilson
                                                           UNITED STATES DISTRICT JUDGE

---

[1]The statute provides that a prisoner may not file an in forma pauperis civil rights action or appeal if the prisoner has, on three or more prior occasions, filed an action or appeal that was dismissed as frivolous, malicious or for failure to state a claim, unless the prisoner is under imminent danger of serious physical injury.